■ NATIONAL GRANGE MUTUAL LIABILITY COMPANY, Plaintiff, v. PATRICK J. FITZPATRICK et al., Defendants.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ JAY GIFFORD, Respondent, v. RUPERT H. WHITTEMORE et al., Defendants, and THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Motion for reargument denied, with $10 costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ. [See *ante*, p. 379.]

■ LIBERTY MUTUAL INSURANCE COMPANY, Plaintiff, v. LOUIS WICHINSKY et al., Defendants.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ WILLIAM DUMAS, Respondent, v. CHARLES O'DONNELL, Appellant.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ In the Matter of the Claim of MARIAN V. FURY, Appellant. ISADOR LUBIN, as Industrial Commissioner, Respondent.— Motion to amend the decision and order of this court to provide that the reversal be with costs, granted, by default. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ. [See *ante,* p. 732.]

■ JOHN NARZYNSKI, Respondent, v. CARL FRESEN et al., Appellants.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ In the Matter of HAROLD W. STARK, Respondent, against THOMAS J. McHUGH, as Commissioner of Correction of the State of New York, Appellant, and ALEXANDER A. FALK, as President of the Department of Civil Service, et al., Respondents.— Motion for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ. [See *ante,* p. 738.]

■ In the Matter of the Claim of FRANK PRESTON, Appellant, against NALEG REALTY CORP. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ In the Matter of the Claim of OLIVER WALSH, Appellant, against ST. BARNABAS HOSPITAL et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ In the Matter of MYRON M. SHAVER, SR., Respondent, against RICHARD VIELEE, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ In the Matter of the Claim of FRANK PISCINI, Appellant, against DESPATCH SHOPS, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ In the Matter of the Claim of GRACE NUSSBERGER, Appellant, against JOHN F. TROMMER, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ In the Matter of the Claim of JAMES MORRISSEY, Appellant, against REPUBLIC AVIATION CORP. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.